**Gregory A. MYERS, Plaintiff–Appellant,**

v.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; Joan H. Anderson, EVP on behalf of Flagstar Bank; Flagstar Bank, FSB; MTC Financial Incorporated, DBA Trustee Corps, Defendants–Appellees.**

No. 12–35218.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 26, 2013.

Filed Sept. 9, 2013.

Jill J. Smith, Esquire, Natural Resource Law Group PLLC, Seattle, WA, for Plaintiff–Appellant.

Frederick B. Burnside, Esquire, Davis Wright Tremaine LLP, Seattle, WA, Nathan Frederick Jones Smith, Esquire, Malcolm & Cisneros, Irvine, CA, for Defendant–Appellee.

Before: HAWKINS, McKEOWN, and CLIFTON, Circuit Judges.

MEMORANDUM *

Gregory A. Myers appeals the district court's dismissal of his claims against various bank and mortgage entities related to wrongful foreclosure and violation of the Washington Deed of Trust Act and other state law claims. Because the parties are familiar with the facts, we do not recite them here. The bottom line is that the original lender, Accell, transferred the Note to Flagstar, which actually holds the Note. We affirm for the reasons outlined in the district court's February 24, 2012, Order Granting Motions to Dismiss. We further note that recent Washington case law does not change the result. *See Klem v. Wash. Mut. Bank,* 176 Wash.2d 771, 295 P.3d 1179 (2013), and *Walker v. Quality Loan Serv. Corp.,* No. 65975–8–I, 176 Wash.App. 294, 308 P.3d 716, 2013 WL 3989666 (Wash.App. Aug. 5, 2013).

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.